IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03103-BNB

JESUS MAGALLAN,

      Petitioner,

v.

STATE OF COLORADO,

      Respondent.

---

## ORDER OF DISMISSAL

---

      Petitioner, Jesus Magallan, is an inmate at the Boulder County Jail in Boulder, Colorado.  Mr. Magallan initiated this action by filing *pro se* a letter to the Court (ECF No. 3) and a "Motion to New Trial" (ECF No. 1) in which he appeared to be challenging the validity of a state court criminal conviction.  The instant habeas corpus action was commenced and on November 15, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Magallan to cure certain deficiencies if he wished to pursue any claims in this action.  Specifically, Magistrate Judge Boland directed Mr. Magallan to file on the court-approved form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and either to pay the $5.00 filing fee for a habeas corpus action or to file on the court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  Mr. Magallan was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

      On November 25, 2013, Mr. Magallan filed an Application for Writ of Habeas

Corpus Ad Prosequendum (ECF No. 5), Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 6), and second Application for Writ of Habeas Corpus Ad Prosequendum (ECF No. 7).  However, he has failed to cure all of the deficiencies in this action because he has failed to file on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 or to file any pleading that identifies the claims he intends to pursue in this action.  Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Magallan failed to cure all of the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 23rd day of ___December___, 2013.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court